**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1391**

---

GEORGE E. HARRIS,

   Plaintiff - Appellant,

  v.

JEREMY R. BENSON, Unit Manager; BRADLEY N. HAMMOND, Assistant Unit Manager; SGT. MALLORY,

   Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:21-ct-03213-BO)

---

Submitted:  June 28, 2024        Decided:  July 15, 2024

---

Before KING, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

George E. Harris, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George E. Harris seeks to appeal the district court's order granting summary judgment in favor of Appellees on Harris' 42 U.S.C. § 1983 action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on March 21, 2024, and the appeal period expired on April 22, 2024. Harris filed the notice of appeal on April 29, 2024. Because Harris failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Harris' motions for the appointment of counsel.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*